FILED

06/29/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 22-0285

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. OP 22-0285

MICHAEL BRADLEY BURTON,

      Petitioner,

  v.

CAPTAIN TOM SEIFERT, Captain,

      Respondent.

## GRANT OF EXTENSION

    Upon consideration of Respondent's motion for a 30-day extension of time, and good cause appearing therefor, Respondent is granted an extension of time to and including August 1, 2022, within which to prepare, serve, and file its response to the petition for a writ of habeas corpus.

RB

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 29 2022